DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MEREDITH PIPER WEBER** and **JAMIE ROTH, et al,**
Appellants,

v.

**WELLS FARGO BANK, N.A.,**
Appellee.

No. 4D17-3237

[September 27, 2018]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Joel T. Lazarus, Judge; L.T. Case No. 06-2017-CA-001831.

Bruce K. Herman of The Herman Law Group, P.A., Fort Lauderdale, for appellants.

Sara F. Holladay-Tobias, Emily Y. Rottmann and C. H. Houston, III of McGuireWoods LLP, Jacksonville, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, CONNER, JJ., and MIRMAN, LAWRENCE, Associate Judge, concur.

\*       \*       \*

***Not final until disposition of timely filed motion for rehearing.***